240

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of temporarily strung imitation pearls similar in all material respects to those the subject of Abstract 66102, the claim of the plaintiffs was sustained.

No. 67077.—Falcon Sales Co. v. United States, protests 59/12469(B), etc. (Mobile).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those  involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67078.—Jones-Swanson Co. et al. v. United States, protests 59/12790, etc. (Los Angeles).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67079.—Biddle Purchasing Co. et al. v. United States, protests 59/14590–15615, etc. (New Orleans).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67080.—Falcon Sales Co. v. United States, protests 59/15653, etc. (Tampa).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in